PEARCE & LUZ LLP

ATTORNEYS AT LAW

1500 BROADWAY

21ST FLOOR

NEW YORK, N.Y. 10036

DONALD PEARCE
e-mail: donpearce@pearcenluz.com
THOMAS J. LUZ
e-mail: tluz@pearcenluz.com

TELEPHONE
(212) 221-8733
FACSIMILE
(212) 221-8468

July 28, 2006

BY FEDERAL EXPRESS

Clerk
United States District Court
1225 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Attn: Theresa Gumeil

  Re: <u>Baumel v. Srian Arab Republic, No. 1:06 CV-00682-RMC</u>

Dear Ms. Gumeil:

  Please find enclosed seven copies of the summons and complaint for service, by return-receipt mail pursuant to 28 U.S.C. § 1608(a)(3), on the Head of the Ministry of Foreign Affairs, on behalf of the Syrian Arab Republic, whose address is:

> Mr. Faroud Al-Sharaa
> Foreign Minister
> Republic of Syria
> Al-Rashid Street
> Damascus, Republic of Syria

  Since there is no special arrangement between the plaintiff and the foreign state (Syria) or its political subdivisions, 28 U.S.C. § 1608(a)(1) does not apply. Because the government of Syria is not a party to the Geneva Convention applicable under the circumstances, 28 U.S.C. § 1608(a)(2) does not apply.

  We understand that there is no fee for your preparation of the paperwork entailed. If we are mistaken and a fee applies, please contact me and I will arrange prompt payment. Of course, I am available to discuss any questions or concerns you may have.

  Pursuant to 28 U.S.C. § 1608(b)(3)(B), we also must serve the following defendants at their respective addresses as agents or instrumentalities of the Syrian Arab Republic:

Ms. Theresa Gumeil
July 28, 2006
Page 2 of 3

1-  Imad Moustapha
    c/o Embassy of Syria
    2215 Wyoming Avenue, N.W.
    Washington, D.C. 20008

2-  Bashar Al-Assad
    c/o Foreign Ministry
    Republic of Syria
    Al-Rashid Street
    Damascus, Republic of Syria

3-  Estate of Hafez Al-Assad
    c/o Foreign Ministry
    Republic of Syria
    Al-Rashid Street
    Damascus, Republic of Syria

4-  Farouq Al-Shaara
    c/o Foreign Ministry
    Republic of Syria
    Al-Rashid Street
    Damascus, Republic of Syria

5-  Moustapha Tlaas
    c/o Defence Ministry
    Omayyad Square
    Damascus, Republic of Syria

6-  Rifaat Assad
    c/o Defence Ministry
    Omayyad Square
    Damascus, Republic of Syria

Each of these defendants is served as an agent or instrumentality of the Syrian Arab Republic.

Arabic translations of the summons and complaint, Notices of Suit, and standard court notices are included. These documents have been translated into Arabic because Arabic is the official language of the Syrian Arab Republic.

Finally, we have enclosed a pre-addressed Federal Express Envelope for the return of the documents for service.

Ms. Theresa Gumeil
July 28, 2006
Page 3 of 3

Thank you for your courtesy and attention to this matter.

Very truly yours,

Thomas J. Luz

Cc: Daniel J. Scher, Esq. (w/o encs.)