CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ZACHARY BAUMEL
───────────────────────
        Plaintiff(s)

vs.                                            Civil Action No.: 06-682 (RMC)

SYRIAN ARAB REPUBLIC, et al.
───────────────────────
        Defendant(s)


## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __8th__ day of _____August_____, 20 _06_, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


                                NANCY MAYER-WHITTINGTON, CLERK

                                By: _____
                                            Deputy Clerk

**Registered No.** RB 843 315 057 US

| Reg. Fee $ 7.90 | Special Delivery $ | Date Stamp |
|---|---|---|
| Handling Charge $ | Return Receipt $ 1.85 | (New York, NY USPS stamp) |
| Postage $ 8.05 | Restricted Delivery $ | |
| Received by | | |

Customer Must Declare Full Value $ — Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C. 20001

TO: ESTATE OF HAFEZ AL-ASSAD C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy) (See Information on Reverse)

---



**Registered No.** RB 843 315 088 US

| Reg. Fee $7.90 | Special Delivery $ | Date Stamp |
|---|---|---|
| Handling Charge $0.00 | Return Receipt $1.85 | 0032 07 |
| Postage $8.05 | Restricted Delivery $0.00 | 08/08/06 |
| Received by | | |

Customer Must Declare Full Value $0.00 — Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: CLERK'S OFFICE, US DISTRICT CT. FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: RIFAAT ASSAD, C/O DEFENCE MINISTRY
OMAYYAD SQUARE
DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy) (See Information on Reverse)

**Registered No.** RB 8423 N074 US    **Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee $ **$7.90** | Special Delivery $ | 0032 | |
| Handling Charge $ **$0.00** | Return Receipt $ **$1.85** | 07 | |
| Postage $ **$8.05** | Restricted Delivery $ **$0.00** | 08/08/06 | |

Received by: *[signature]*

Customer Must Declare Full Value $ **$0.00**    ☐ With Postal Insurance    ☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

**TO:** MOUSTAPHA TLAAS, C/O DEFENCE MINISTRY
OHAYYAD SQUARE
DAMASCUS, REPUBLIC OF SYRIA

PS Form **3806**, February 1995    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

---

**Registered No.** RB 843 315 030 US    **Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee $ **$7.90** | Special Delivery $ | 0032 | |
| Handling Charge $ **$0.00** | Return Receipt $ **$1.85** | 07 | |
| Postage $ **$8.05** | Restricted Delivery $ **$0.00** | 08/08/06 | |

Received by: *[signature]*

Customer Must Declare Full Value $ **$0.00**    ☐ With Postal Insurance    ☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

**TO:** FAROUD AL-SHARAA, FOREIGN MINISTER, REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA

PS Form **3806**, February 1995    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

| Registered No. RB 843 315 065 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $7.90 | Special Delivery $ | 0032 |
| Handling Charge $ $0.00 | Return Receipt $1.85 | 07 |
| Postage $ $8.05 | Restricted Delivery $0.00 | 8/08/06 |
| Received by: (signature) | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

FROM: CLERK'S OFFICE
U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: FAROUQ AL-SHARAA C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS - REPUBLIC OF SYRIA

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)



| Registered No. RB 843 315 043 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $7.90 | Special Delivery $ | 0032 |
| Handling Charge $ $0.00 | Return Receipt $1.85 | 07 |
| Postage $ $8.05 | Restricted Delivery $0.00 | 8/08/06 |
| Received by: (signature) | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

FROM: U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: BASHAR AL-ASSAD, C/O FOREIGN MINISTRY
REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)

06-682 (RMC)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20008

| | | |
|---|---|---|
| Postage | $ $2.07 | 0032 |
| Certified Fee | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.32 | 08/08/2006 |

Sent To: IMAD MOUSTAPHA C/O EMBASSY OF SYRIA
Street, Apt. No.; or PO Box No.: 2215 WYOMING AVENUE, NW
City, State, ZIP+4: WASHINGTON, DC 20008

PS Form 3800, April 2002       See Reverse for Instructions

7454 2772 0000 0840 2002