UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZACHARY BAUMEL, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-682 (RMC) |
| SYRIAN ARAB REPUBLIC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on April 14, 2006. The record reflects that, on August 8, 2006, the Clerk of Court sent by registered mail, return receipt requested, a copy of the summons, complaint, and notice of suit (together with a translation of each into Syria's official language) to the head of the Syrian ministry of foreign affairs, pursuant to 28 U.S.C. § 1608(a)(3). There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before June 19, 2007, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: May 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge