UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,<br><br>Plaintiffs,<br><br>v.<br><br>SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE # 1, AS REPRESENTATIVE OF THE ESTATE OF HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL And JOHN & JANE DOES 2-99,<br><br>Defendants. | Civil Action No. 1:06CV000682<br>(Judge Rosemary M. Collyer)<br><br>**AFFIDAVIT IN SUPPORT OF DEFAULT** |

STATE OF NEW YORK    )
                     :       .ss
COUNTY OF NEW YORK   )

THOMAS J. LUZ, an attorney duly admitted to practice in this Court, hereby certifies under penalty of perjury, this 9th day of May, 2006, that:

1. I am the attorney of record for the plaintiff in the above-entitled case.

2. The defendants Syrian Arab Republic, Bashar Al-Assad, John Doe # 1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, and Moustapha Tlaas were sent the summons and complaint via registered mail, return

receipt requested pursuant to the provisions of 28 U.S.C. § 1608(a)(3) and 1608(b)(3)(B) on August 8, 2006. Defendant Imad Moustapha was served via certified mail, return receipt requested, pursuant to 28 U.S.C. § 1608(b)(3)(B) on August 10, 2006.

3. No defendant has signed the return receipts for service of the registered mailings.

4. I mailed the original registered mail slips to the Clerk of this Court at her instruction November 15, 2006. Copies of those slips are annexed as Exhibit 1.

5. The United States Postal Service has refused to release any information regarding the receipt or delivery of the mailings without the original registered mail slips.

6. Deputy Clerk Teresa Gumeil has informed us that that the original registered mail slips are now part of the Court's record and cannot be returned.

7. Accordingly, I cannot confirm receipt of the summons and complaint by the defendants.

8. I did not receive a signed return receipt from the certified mailing to Imad Moustapha. However, the "track and confirm" service on the U.S. Postal Service's web site shows that the summons and complaint were delivered on August 10, 2006 and were signed for by E. Fero. A copy of that "track and confirm" record is annexed as Exhibit 2.

9. I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; no extension has been given and the time for filing has expired; that the defendant are neither infants nor incompetent persons.

10. The Clerk is requested to enter a Default against said defendants.

PEARCE & LUZ LLP
Attorneys for Plaintiffs

By: *[signature]*
Thomas J. Luz (DC Bar no. 415762)

1500 Broadway, 21st Floor
New York, New York 10036
(212) 221-8733

Sworn to before me
May 9, 2007

*[signature]*
Notary Public

SANDY CHING
Notary Public, State of New York
No. 02CH6140510
Qualified in New York County
Commission Expires January 30, 20 10

# EXHIBIT 1

**Receipt 1 (top left):**
Registered No. [illegible] US
Reg. Fee $7.90
Handling Charge $0.00
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $0.00
Date Stamp: 0032 07 08/08/06
Received by: [signature]
Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☒ Without Postal Insurance
FROM: CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: MOUSTAPHA TLAAS, C/O DEFENCE MINISTRY, OMAYYAD SQUARE, DAMASCUS, REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

**Receipt 2 (top right):**
Registered No. RB843315065US
Reg. Fee $7.90
Handling Charge $0.00
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $0.00
Date Stamp: 0032 07 08/08/06
Received by: [signature]
Customer Must Declare Full Value $0.00
☒ Without Postal Insurance
FROM: CLERK'S OFFICE, U.S. DISTRICT COURT FOR D.C., 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: FAROUQ AL-SHARAA, C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA, AL-RASHID STREET, DAMASCUS-REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

**Receipt 3 (middle left):**
Registered No. RB843315043US
Reg. Fee $7.90
Handling Charge $0.00
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $0.00
Date Stamp: 0032 07 08/08/06
Received by: [signature]
Customer Must Declare Full Value $0.00
☒ Without Postal Insurance
FROM: U.S. DISTRICT COURT FOR D.C., 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: BASHAR AL-ASSAD, C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA, AL-RASHID STREET, DAMASCUS, REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

**Receipt 4 (middle right):**
Registered No. RB843315030US
Reg. Fee $7.90
Handling Charge $0.00
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $0.00
Date Stamp: 0032 07 08/08/06
Received by: [signature]
Customer Must Declare Full Value $0.00
☒ Without Postal Insurance
FROM: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, DC 20001
TO: FAROUD AL-SHARAA, FOREIGN MINISTER, REPUBLIC OF SYRIA, AL-RASHID STREET, DAMASCUS, REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

**Receipt 5 (bottom left):**
Registered No. RB843315057US
Reg. Fee $7.90
Handling Charge $
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $
Date Stamp: NEW YORK, NY BR [USPS postmark]
Received by: [signature]
Customer Must Declare Full Value $
☒ Without Postal Insurance
FROM: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVE, N.W., WASHINGTON, D.C. 20001
TO: ESTATE OF HAFEZ AL-ASSAD, C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA, AL-RASHID STREET, DAMASCUS, REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

**Receipt 6 (bottom right):**
Registered No. RB843315088US
Reg. Fee $7.90
Handling Charge $0.00
Postage $8.05
Special Delivery $
Return Receipt $1.85
Restricted Delivery $0.00
Date Stamp: 0032 07 08/08/06
Received by: [signature]
Customer Must Declare Full Value $0.00
☒ Without Postal Insurance
FROM: CLERK'S OFFICE, US DISTRICT CT. FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: RIFAAT ASSAD, C/O DEFENCE MINISTRY, OMAYYAD SQUARE, DAMASCUS, REPUBLIC OF SYRIA
PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

# EXHIBIT 2



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0860 0000 7772 4541

WASHINGTON DC 20008 | AL USE   0032   07

| | |
|---|---|
| Postage | $2.07 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.32 |

Postmark Here 08/08/2006

Sent To: MR. MOUSTAPHA
C/O EMBASSY OF SYRIA
Street, Apt. No.; or PO Box No. 2215 WYOMING AVENUE, NW
City, State, ZIP+4 WASHINGTON, DC 20008

PS Form 3800, April 2002    See Reverse for Instructions



UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 0860 0000 7772 4541**
Status: **Delivered**

Your item was delivered at 2:06 pm on August 10, 2006 in WASHINGTON, DC 20008. The item was signed for by E FERO. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) ( ? )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by United States mail, postage prepaid, on May 9, 2007, to the following parties:

Mr. Faroud Al-Sharaa
Foreign Minister
Republic of Syria
Al-Rashid Street
Damascus, Republic of Syria

Estate of Hafez Al-Assad
c/o Foreign Ministry
Republic of Syria
Al-Rashid Street
Damascus, Republic of Syria

Rifaat Assad
c/o Defence Ministry
Omayyad Square
Damascus, Republic of Syria

Bashar Al-Assad
c/o Foreign Ministry
Republic of Syria
Al-Rashid Street
Damascus, Republic of Syria

Moustapha Tlaas
c/o Defence Ministry
Omayyad Square
Damascus, Republic of Syria

Imad Moustapha
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

_____
Thomas J. Luz