**KLF**

## KARAAHMETOGLU & LUZ FIRM
*A New York Limited Liability Partnership*

TIMES SQUARE PLAZA
1500 BROADWAY
NEW YORK, NEW YORK 10036
WWW.KARALAW.COM

**TELEPHONE**
(212) 681-8313

September 18, 2007

**FACSIMILE**
(212) 208-2917

<u>Via DHL Express</u>

Office of the Clerk
Attn: Ms. Theresa Gumeil
United States District Court
For the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Baumel v. Syrian Arab Republic
      Civil Action No. 1:06 CV-00682-RMC
      Request for Service upon defendant
      <u>Syrian Arab Republic under 28 U.S.C. 1608(a)(4)</u>

Dear Ms. Gumeil:

   In connection with the above-captioned case, we are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service on Defendant Syrian Arab Republic via diplomatic channel.

   Since there is no special arrangement between the plaintiff and the foreign state, 28 U.S.C. § 1608(a)(1) does not apply. Because the government of Syria is not a party to the Geneva Convention applicable under the circumstances, 28 U.S.C. § 1608(a)(2) also does not apply.

   We attempted to serve the Syrian Arab Republic by return-receipt mail pursuant to 28 U.S.C. § 1608(a)(3) on August 8, 2006. (A copy of Certificate of Mailing is attached). However, the United States Post Office has been unable to confirm the Syrian Arab Republic's receipt of the documents.

   To date, no response has been received by the Syrian Arab Republic. Because service was not effected within 30 days under 28 U.S.C. § 1608(a)(3), we now request that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 29 U.S.C. § 1608(a)(3).

**RECEIVED**

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Theresa Gumeil
September 18, 2007
Page 2

    As required by 28 U.S.C. § 1608(a)(4), enclosed please find two sets of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act), standard court notices of the United States District Court for the District of Columbia, Summons, Complaint and their respective Arabic translations, as well as a check in the amount of $650.00.

    Please forward these materials to the Office of Policy Review & Interagency Liaison, Department of State, 2201 C Street N.W., Room 4817, Washington, D.C. 20520 to effect service upon the Syrian Arab Republic. I have enclosed a DHL Express envelope and waybill for your convenience.

    Thank you for your assistance in this matter.

Sincerely,

Thomas J. Luz

Encls.

CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ZACHARY BAUMEL
_____
                    Plaintiff(s)

vs.                                           Civil Action No.: 06-682 (RMC)

SYRIAN ARAB REPUBLIC, et al.
_____
                    Defendant(s)

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 11/28/06
NANCY MAYER-WHITTINGTON, CLERK
By: _____

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __8th__ day of __August__, 20 _06_, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK
By: _____
           Deputy Clerk

**Registered No.** RB 8433150571US

| Reg. Fee $ 7.90 | Special Delivery $ |
|---|---|
| Handling Charge $ | Return Receipt $ 1.85 |
| Postage $ 8.05 | Restricted Delivery $ |

Received by:

Date Stamp: NEW YORK NY USPS

Customer Must Declare Full Value $ — Without Postal Insurance

FROM: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVE, N.W., WASHINGTON, D.C. 20001

TO: ESTATE OF HAFEZ AL-ASSAD C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA, AL-RASHID STREET, DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

---

**Registered No.** RB843315088US

| Reg. Fee $7.90 | Special Delivery $ | 0032 |
|---|---|---|
| Handling Charge $0.00 | Return Receipt $1.85 | 07 |
| Postage $8.05 | Restricted Delivery $0.00 | 08/08/06 |

Received by:

Customer Must Declare Full Value $0.00 — Without Postal Insurance

FROM: CLERK'S OFFICE, US DISTRICT CT. FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001

TO: RIFAAT ASSAD, C/O DEFENCE MINISTRY, OMAYYAD SQUARE, DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

---

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.

Date Filed: 11/28/06

By:

NANCY MAYER-WHITTINGTON, CLERK



| Registered No. RB8423NO74US | | Date Stamp |
|---|---|---|
| Reg. Fee $ **$7.90** | Special Delivery $ | 0032 |
| Handling Charge $ **$0.00** | Return Receipt $ **$1.85** | 07 |
| Postage $ **$8.05** | Restricted Delivery $ **$0.00** | 8/08/06 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ **$0.00** | ☐ With Postal Insurance ☒ Without Postal Insurance | |

FROM: CLERKS OFFICE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
1333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: MOUSTAPHA TLAAS, C/O DEFENCE MINISTRY
OMAYYAD SQUARE
DAMASCUS, REPUBLIC OF SYRIA

PS Form **3806**, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

| Registered No. RB 843 315 030 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ **$7.90** | Special Delivery $ | 0032 |
| Handling Charge $ **$0.00** | Return Receipt $ **$1.85** | 07 |
| Postage $ **$8.05** | Restricted Delivery $ **$0.00** | 8/08/06 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ **$0.00** | ☐ With Postal Insurance ☒ Without Postal Insurance | |

FROM: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
1333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

TO: FAROUD AL-SHARAA, FOREIGN MINISTER REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA

PS Form **3806**, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 1/28/06
NANCY MAYER-WHITTINGTON, CLERK
By:

**Registered No.** RB 843 315 065 US

**Date Stamp**

| | | | | |
|---|---|---|---|---|
| Reg. Fee $ | 7.90 | Special Delivery $ | | 0032 |
| Handling Charge $ | 0.00 | Return Receipt $ | 1.85 | 07 |
| Postage $ | 8.05 | Restricted Delivery $ | 0.00 | 8/08/06 |

Received by: G

Customer Must Declare Full Value $ 0.00

[ ] With Postal Insurance
[X] Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** CLERK'S OFFICE
U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

**TO:** FAROUQ AL-SHARA C/O FOREIGN MINISTRY, REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS - REPUBLIC OF SYRIA

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

**Registered No.** RB 843 315 043 US

**Date Stamp**

| | | | | |
|---|---|---|---|---|
| Reg. Fee $ | 7.90 | Special Delivery $ | | 0032 |
| Handling Charge $ | 0.00 | Return Receipt $ | 1.85 | 07 |
| Postage $ | 8.05 | Restricted Delivery $ | 0.00 | 8/08/06 |

Received by: G

Customer Must Declare Full Value $ 0.00

[ ] With Postal Insurance
[X] Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

**TO:** BASHAR AL-ASSAD, C/O FOREIGN MINISTRY REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.

Date Filed: 11/28/06

By: [signature]

NANCY MAYER-WHITTINGTON, CLERK

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7007 0860 0000 2772 4541

WASHINGTON DC 20008

| | | |
|---|---|---|
| Postage | $ $2.07 | 0032 |
| Certified Fee | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.32 | 08/08/2006 |

Sent To: IMAD MOUSTAPHA
C/O EMBASSY OF SYRIA
Street, Apt. No.; or PO Box No. 2215 WYOMING AVENUE, NW
City, State, ZIP+4 WASHINGTON, DC 20008

PS Form 3800, April 2002     See Reverse for Instructions

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 11/28/06
By: NANCY MAYER-WHITTINGTON, CLERK

## Sandy Ching

**From:** Thomas J. Luz [tluz@pearcenluz.com]
**Sent:** Tuesday, September 18, 2007 4:47 PM
**To:** Sandy Ching
**Subject:** FW: Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Affidavit for Default

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Tuesday, September 18, 2007 4:44 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Affidavit for Default


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Luz, Thomas on 9/18/2007 at 4:44 PM and filed on 9/18/2007
**Case Name:**      BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:**    1:06-cv-682
**Filer:**          STUART DITCHEK
**Document Number:** 7

**Docket Text:**
AFFIDAVIT REQUESTING FOREIGN MAILING *Letter to Clerk with attachments requesting service through State Department* by STUART DITCHEK. (Luz, Thomas)


**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz    tluz@pearcenluz.com

**1:06-cv-682 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Tom\My Documents\Scher & Scher\Baumel\1608

9/18/2007