CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BAUMEL, et al.
_____
Plaintiff(s)

vs.                                                Civil Action No.: 06-682 (RMC)

SYRIAN ARAB REPUBLIC, et al.
_____
Defendant(s)


## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __16th__ day of _____January_____, 20 _08_ , I mailed:

1. ☐ One copy of the summons and complaint        by registered mail, return receipt requested    , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit        , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested     , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit        , together with a translation of each into the official language of the foreign state, by  courier/hand delivery                      , to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint        , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested     , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
                    Deputy Clerk

06-682(RMC)

| **1** Sender Account Number | Preprint Format No. | **3** Payment Sender will be billed unless marked otherwise Bill to: | Origin | Waybill Number |
|---|---|---|---|---|

**1** Sender Account Number: 853349873

Preprint Format No.: 140286144

**3** Payment — Sender will be billed unless marked otherwise. Bill to:

Origin: **JRA**

Waybill Number: 65541796040

FROM (Company)

KARAAHMETOGLU LAW FIRM

Street Address: 21ST FLOOR

1500 BROADWAY

City: NEW YORK   State: NY   ZIP CODE (Required): 10036

Sent by (Name/Dept)

Phone (Required): 2 1 2 6 9 1 8 3 1 3

Receiver ☐   3rd Party ☐

☐ Paid in Advance   Check No.   Amount

Billing Reference (will appear on invoice): BAUMEL

**4** Service Type — One box must be checked. Assume noon unless noted. 10:30 am Extra charge.
- Next Day 10:30 — 10:30
- Next Day 12:00 — 12:00 ✗
- Next Day 3:00 — 3:00
- 2nd Day — 5:00

* Service may vary by destination, visit www.dhl-usa.com

**2** TO (Company)   PLEASE PRINT NEATLY: DEPT. OF STATE

OFFICE OF POLICY REVIEW + INTERAGENCY LIAISON

Street Address: 2201 C STREET N.W., ROOM 4817

City: WASHINGTON, D.C.   State: DC   ZIP CODE (Required): 20520

Attention: (Name/Dept): EDWARD BETANCOURT

Phone (Required): 2 0 2 7 3 6 9 1 1 0

**5** # of Pkgs REQUIRED: 1   **6** Weight (LBS):   **7** Packaging One box must be checked
- Express Envelope ✗
- Express Pack ☐
- Other Packaging ☐

SUBJECT TO CORRECTION

Special Instructions
- ☐ Saturday Delivery — Extra charge. Not available for all services and locations.
- ☐ Hold at DHL
- ☐ Lab Pack Service

Shipment Valuation

Shipment Value Protection ☐   $   .00

Payment Details (Credit Card)

No. _____

Type _____ Expires _____

Auth. _____

Description

Sender's Signature / Date

REF 06 CV 682 (RMC)

SENDER'S COPY

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS, SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

**DHL EXPRESS**

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, FL 33324
1 800 Call-DHL

001 10000000 MW-11 8/05