UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZACHARY BAUMEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-682 (RMC) |
| ) | |
| SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that the request in the alternative in Plaintiffs' Supplemental Memorandum in Further Support of Motion for the Court to Direct Service Pursuant to the Foreign Sovereign Immunities Act [Dkt. ## 8 & 12] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs shall serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) (governing service on a "foreign state or political subdivision of a foreign state"), and shall file proof of service with the Clerk of this Court by July 9, 2008.

**SO ORDERED**.

Date: May 8, 2008                                      /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge