UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

   Plaintiffs,

-against-

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE # 1, AS REPRESENTATIVE OF THE ESTATE OF HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL

And

JOHN & JANE DOES 2-99,

   Defendants.

---

Civil Action No. 06-682 (RMC)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for Plaintiffs, hereby request that the Clerk mail, via DHL, a copy of the summons and complaint and notice of suit, pursuant to the provisions of 28 U.S.C. § 1608(a)(3), to:

 (1) Bashar Al-Assad
   c/o Mr. Farouq Al-Shaara
   Foreign Minister
   Republic of Syria
   Al-Rashid Street
   Damascus, Republic of Syria

(2)     Estate of Hafez Al-Assad  
c/o Mr. Farouq Al-Shaara  
Foreign Minister  
Republic of Syria  
Al-Rashid Street  
Damascus, Republic of Syria

(3)     Rifaat Assad  
c/o Mr. Farouq Al-Shaara  
Foreign Minister  
Republic of Syria  
Al-Rashid Street  
Damascus, Republic of Syria

(4)     Farouq Al-Shaara  
Foreign Minister  
Republic of Syria  
Al-Rashid Street  
Damascus, Republic of Syria

(5)     Imad Moustapha  
c/o Mr. Farouq Al-Shaara  
Foreign Minister  
Republic of Syria  
Al-Rashid Street  
Damascus, Republic of Syria

(6)     Moustapha Tlaas  
c/o Mr. Farouq Al-Shaara  
Foreign Minister  
Republic of Syria  
Al-Rashid Street  
Damascus, Republic of Syria

I certify that this method of service is authorized by the domestic law of the Syrian Arab Republic and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

June 4, 2008

                          KARAAHMETOGLU & LUZ FIRM, LLP
                          *Attorney for Plaintiffs*
                          Zachary Baumel, *et al.*

                          By: _____
                               Thomas J. Luz, Esq.
                          1500 Broadway, 21st Floor
                          New York, NY 100036
                          (212) 681-8313



# KARAAHMETOGLU & LUZ FIRM
*A New York Limited Liability Partnership*

TIMES SQUARE PLAZA
1500 BROADWAY
NEW YORK, NEW YORK 10036
WWW.KARALAW.COM

TELEPHONE
(212) 681-8313

FACSIMILE
(212) 208-2917

June 4, 2008

**VIA FEDERAL EXPRESS**

Office of the Clerk
Attn: Ms. Theresa Gumeil
United States District Court
For the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re:    Baumel v. Syrian Arab Republic
                  Civil Action No. 1:06 CV-00682-RMC

Dear Ms. Gumeil:

      Please find enclosed the summons, complaint and notice of suit for service, by DHL pursuant to 28 U.S.C. § 1608(a)(3), on the head of the ministry of foreign affairs, on behalf of Defendants Bashar Al-Assad, Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Imad Moustapha and Moustapha Tlaas, whose address is:

      Mr. Farouq Al-Shaara
      Foreign Minister
      Republic of Syria
      Al-Rashid Street
      Damascus, Republic of Syria

      Service under § 1608(a) is appropriate in accordance with the Court's May 8, 2008 Order. (A copy of the Order is annexed as Exhibit 2.) Since there is no special arrangement between the Plaintiffs and the government of Syria, 28 U.S.C. § 1608(a)(1) does not apply. Because the government of Syria is not a party to the Geneva Convention applicable under the circumstances, 28 U.S.C. § 1608(a)(2) also does not apply.

**KARAAHMETOGLU & LUZ FIRM**

Ms. Theresa Gumeil
June 4, 2008
Page 2

It is my understanding that there is no fee for your preparation of the paperwork entailed. If I am mistaken and a fee applies, please contact me and I will arrange prompt payment.

As required by 28 U.S.C. § 1608(a)(3), enclosed please find the summons, complaint and notice of suit (attached to each is a copy of the Foreign Sovereign Immunities Act) and Arabic translations of all documents for each Defendant. These documents have been translated into Arabic because Arabic is the official language of the Syrian Arab Republic.

Finally, we would appreciate if you could arrange for service via DHL. We have enclosed six DHL envelopes and international shipment waybills for service upon each Defendant.

Thank you for your assistance in this matter.

Sincerely,

Thomas J. Luz

Encls.

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY BAUMEL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYRIAN ARAB REPUBLIC, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-682 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that the request in the alternative in Plaintiffs' Supplemental Memorandum in Further Support of Motion for the Court to Direct Service Pursuant to the Foreign Sovereign Immunities Act [Dkt. ## 8 & 12] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs shall serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) (governing service on a "foreign state or political subdivision of a foreign state"), and shall file proof of service with the Clerk of this Court by July 9, 2008.

**SO ORDERED**.

Date: May 8, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge