DHL EXPRESS (USA), INC.

**Original (DHL Billing) Copy**

## 1. Payer account number and shipment value protection details

Charge to: ☐ Shipper  ☐ Receiver  ☑ 3rd Party
Payer Account No.: 853349873
☐ Cash  ☐ Check  ☐ Credit Card

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $): _____

## 2. From (Shipper)

Shipper's Account Number: 853349873
Shipper's Reference: CLERK OF THE COURT
Company Name: US-DISTRICT COURT, DISTRICT OF COLUMBIA
Address: 470 E BARRETT PRETTYMAN US COURTHOUSE
         333 CONSTITUTION AVE NW
         WASHINGTON DC 20001
Contact Name: _____
Post/ZIP Code: 20001

## 3. To (Receiver)

Company Name: ESTATE OF HAFEZ AL-ASSAD
Contact Person: C/O FAROUK AL-SHARAA
Delivery Address: FOREIGN MINISTER
REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS
Country: SYRIA
Phone, Fax, or E-mail (required): _____

## 4. Shipment Details

Total number of packages: 1
Total Weight: _____ lbs

Dimensions (in inches) - Pieces / Length / Width / Height

## 5. Full Description of Contents

DOCUMENTS

## 6. Dutiable Shipments Only (Customs requirement)

Declared Value for Customs (in US $): _____

Destination Duties/Taxes: ☐ Receiver  ☑ Shipper  ☐ Other: 853349873

TYPE OF EXPORT: ☑ Permanent  ☐ Repair/Return  ☐ Temporary

## 7. Shipper's Authorization (signature required)

Signature: _____
Date: 6/13/08

## 8. Products & Services

Barcode: 825 3926 063
8253926063

DHL EXPRESS (USA), INC.

Original (DHL Billing Copy)

**Process and Track your shipment online: http://www.dhl.com**
1-800-CALL-DHL in USA only

825 3926 085

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☑ Receiver ☐ 3rd Party
Payer Account No. **85334 9873**
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Cash ☐  Check ☐  Credit Card ☐
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number: **85334 9873**    Contact Name:
Shipper's Reference (up to 35 characters): **Clerk of the Court**
Company Name: **US DISTRICT COURT, DISTRICT OF COLUMBIA**
Address: **333 CONSTITUTION AVE NW**
**Room 1225**
**333 Broadway, 21st Floor**
**New York, NY**
Post/ZIP Code: **10036**    Phone, Fax, or E-mail: **(212) 681-8313**

**3 To (Receiver)**
Company Name: **FAROUQ AL-SHARAA**
Contact Person: **FOREIGN MINISTER**
Delivery Address (DHL Cannot Deliver to a PO Box):
**REPUBLIC OF SYRIA**
**AL-RASHID STREET**
**DAMASCUS**
**Republic of Syria**    Country: **SYRIA**
Post/ZIP Code:    Phone, Fax, or E-mail:

**4 Shipment Details**
Total number of packages: **1**
Total Weight: ____ lbs
Dimensions (in inches) Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity: **DOCUMENTS**

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): ____
AES TRANSACTION NUMBER:
Destination Duties/Taxes: ☐ Receiver ☐ Shipper ☑ Other **853349873**
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's Authorization (signature required)**
Signature: [signed]    Date: **6/13/08**

**8 Products & Services**
☑ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other:
Service Options:
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Global Mail:
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard

ORIGIN: ____    DESTINATION CODE: ____

# DHL EXPRESS (USA), INC.

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324    Original (DHL Billing Copy)

**Process and Track your shipment online:** http://www.dhl.com
**1-800-CALL-DHL** in USA only

## 1. Payer account number and shipment value protection details

Charge to: ☐ Shipper ☑ Receiver ☐ 3rd Party
Payer Account No. **853349873**

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.
☐ Cash ☐ Check ☐ Credit Card

## 2. From (Shipper)

Shipper's Account Number: **833349873**
Shipper's Reference (up to 35 characters): **CLERK OF THE COURT**
Contact Name: 
Company Name: **US DISTRICT COURT, DISTRICT OF COLUMBIA**
Address: **C/O KARAAHMETOGLU & LUZ**
**TOFEL LLP**
**1100 BROADWAY, 21ST FLOOR**
**NEW YORK, NY**
Post/ZIP Code: **10036**
Phone: **(212) 681-0333**

## 3. To (Receiver)

Company Name: 
Contact Person: **RIFAAT ASSAD**
Delivery Address: **C/O FAROUQ AL-SHARAA**
**FOREIGN MINISTER**
**REPUBLIC OF SYRIA**
**AL-RASHID STREET**
**DAMASCUS**
Post/ZIP Code: 
Country: **SYRIA**
Phone, Fax, or E-mail: 

## 4. Shipment Details

Waybill: **825 3926 041**

Total number of packages: **1**
Total Weight: ___ lbs
Dimensions (in inches) Pieces / Length / Width / Height

## 5. Full Description of Contents

Give Content and Quantity: **DOCUMENTS**

## 6. Dutiable Shipments Only (Customs requirement)

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN | Schedule B Number / Harmonized Code (if applicable)
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☑ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes
☐ Receiver ☐ Shipper ☑ Other **853349873**

## 7. Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): [signature]    Date: **6/13/06**

DESTINATION CODE: 
ORIGIN: 

## 8. Products & Services

Not all products or service options are available to/from all locations.
☑ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required

Other _____
Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other _____

Complete sections 1-8. You are making 4 copies, please press hard.

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207

DHL EXPRESS (USA), INC.

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☑ 3rd Party
Payer Account No. 853349873
Shipment Value Protection (see reverse)
☐ Cash ☐ Check ☐ Credit Card
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: 853349873
Shipper's Reference (up to 35 characters): CLERK OF THE COURT
Company Name: US DISTRICT COURT DISTRICT OF COLUMBIA
Contact Name: 
Address: C/O KARAHETOGLU KLC & AKIN LLP
1700 BROADWAY, 21ST FLOOR
NEW YORK, NY
Post/ZIP Code: 10036
Phone, Fax, or E-mail: (212) 681-8313

**3 To (Receiver)**

Company Name: IMAD MOUSTAPHA
Contact Person: C/O FAROUK AL-SHARRA
Delivery Address (DHL Cannot Deliver to PO Box):
FOREIGN MINISTER
REPUBLIC OF SYRIA
AL-RASHID STREET
DAMASCUS, REPUBLIC OF SYRIA
Country: SYRIA
Post/ZIP Code: 
Phone, Fax, or E-mail: 

**8 Products & Services**
☑ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Global Mail:
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard ☐ Other

Waybill: **825 3926 074**

**4 Shipment Details**
Total number of packages: 1
Total Weight: ___ lbs
Dimensions (in inches): Length × Width × Height

**5 Full Description of Contents**

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): 
AES TRANSACTION NUMBER: 
Destination Duties/Taxes: ☐ Receiver ☐ Shipper ☑ Other 853349873
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Schedule B Number / Harmonized Code: 853349873

**7 Shipper's Authorization (signature required)**
Signature: [signed]  Date: 6/13/08

DHL EXPRESS (USA), INC.

**Original (DHL Billing Copy)**

Waybill No: 825 3926 015

**1. Payer account number and shipment value protection details**
Charge to: ☒ Shipper
Payer Account No.: 852349873

**2. From (Shipper)**
Shipper's Account Number: 852349873
Shipper's Reference: CLERK OF THE COURT
Company Name: US DISTRICT COURT, DISTRICT OF COLUMBIA
Address: 333 CONSTITUTION AVE NW RM 4620
   333 BROADWAY 21ST FL
   NEW YORK, NY
Post/ZIP Code: 10036
Phone: (212) 681-8313

**3. To (Receiver)**
Company Name: MOUSTAPHA TLASS
Contact: FAROUQ AL-SHARRA
Delivery Address: FOREIGN MINISTER
   REPUBLIC OF SYRIA
   AL-RASHID STREET
   DAMASCUS, REPUBLIC OF SYRIA
Country: SYRIA

**4. Shipment Details**
Total number of packages: 1

**5. Full Description of Contents**
DOCUMENTS

**6. Dutiable Shipments Only**
Other: 852349873

**7. Shipper's Authorization**
Signature: [signed]
Date: 6/13/08

**8. Products & Services**
☒ International Express Envelope

DHL EXPRESS (USA), INC.

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☑ 3rd Party ☐ Cash ☐ Check ☐ Credit Card
Payer Account No. 853349873

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: 853349873
Contact Name:
Shipper's Reference (up to 35 characters): CLERK OF THE COURT
Company Name: US DISTRICT COURT, DISTRICT OF COLUMBIA
Address: C/O KARAAHMETOGLU & LUZ FREY LLP, 1500 BROADWAY, 21ST FLOOR, NY, NY
Post/ZIP Code (required): 10036
Phone, Fax, or E-mail (required): (212) 681-3313

**3 To (Receiver)**

Company Name:
Contact Person: BASHAR AL-ASSAD
Delivery Address: C/O MR. FAROUQ AL-SHAARA, FOREIGN MINISTER, REPUBLIC OF SYRIA, AL-RASHID STREET
DAMASCUS
Country: SYRIA
Post/ZIP Code (required):
Phone, Fax, or E-mail (required):

**4 Shipment Details**

Total number of packages: 1
Total Weight: ___ lbs
Dimensions (in inches) Pieces / Length / Width / Height

Waybill: 825 3926 026

**5 Full Description of Contents**

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**

Declared Value for Customs (in US $): ___
AES TRANSACTION NUMBER: ___
Schedule B Number / Harmonized Code (if applicable): ___
TYPE OF EXPORT: ☐ Permanent ☑ Other 853349873
Destination Duties/Taxes: ☐ Receiver ☐ Shipper ☑ Other

**7 Shipper's Authorization (signature required)**

Signature: [signed]
Date: 6/13/08

**8 Products & Services**

☑ International Express Envelope
☐ Non-Dutiable
☐ Dutiable
☐ Other

Service Options:
☐ Saturday Delivery
☐ Special Pickup
☐ Delivery Notification
☐ Signature Required

Global Mail:
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
☐ Other

ORIGIN: ___
DESTINATION CODE: ___