## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
---------------------------------------------  )
ZACHARY BAUMEL, by his next                    )
friend, STUART DITCHEK,                         )
JONAH BAUMEL, MIRIAM                            )       Civil Action No. 06-682 (RMC)
BAUMEL, OSNA BAUMEL and                         )
SHIMON BAUMEL,                                  )
                    Plaintiffs,                 )
                                                )
         -against-                              )
                                                )
SYRIAN ARAB REPUBLIC,                           )
BASHAR AL-ASSAD, JOHN DOE #                     )
1, AS REPRESENTATIVE OF THE                     )
ESTATE OF HAFEZ AL-ASSAD,                       )
RIFAAT ASSAD, FAROUQ AL-                        )
SHAARA, IMAD MOUSTAPHA,                         )
MOUSTAPHA TLAAS, POPULAR                        )
FRONT FOR THE LIBERATION OF                     )
PALESTINE, ACHMED JIBRIL                        )
                                                )
And                                             )
                                                )
JOHN & JANE DOES 2-99,                          )
                                                )
                    Defendants.                 )
---------------------------------------------  )
```

## MOTION FOR AN EXTENSION OF
## TIME TO FILE PROOF OF SERVICE

      Thomas J. Luz, a member of the bar of this Court and of the

Karaahmetoglu & Luz Firm, LLP, attorneys for Plaintiffs in this action, moves this Court

for an order extending the time in which Plaintiffs must file proof of service pursuant to

the Court's May 8, 2006 order.

**FACTS**

1.        On May 8, 2008, this Court ordered that Plaintiffs serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) of the Foreign Sovereign Immunities Act ("FSIA") and file proof of service with the Clerk of this Court by July 9, 2008. A copy of the order is annexed as Exhibit 1.

2.        Section 1608(a) provides for service on foreign state defendants in a four step process as follows:

> (1) by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the foreign state or political subdivision; or
>
> (2) if no special arrangement exists, by delivery of a copy of the summons and complaint in accordance with an applicable international convention on service of judicial documents; or
>
> (3) if service cannot be made under paragraphs (1) or (2), by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned, or
>
> (4) if service cannot be made within 30 days under paragraph (3), by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services - and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of

2

> the court a certified copy of the diplomatic note indicating
> when the papers were transmitted. As used in this
> subsection, a "notice of suit" shall mean a notice addressed
> to a foreign state and in a form prescribed by the Secretary
> of State by regulation.

3.        Since there is no special arrangement between the Plaintiffs and the government of Syria, § 1608(a)(1) does not apply.

4.        Because the government of Syria is not a party to the Geneva Convention applicable under the circumstances, § 1608(a)(2) also does not apply.

5.        On June 4, 2008, Plaintiffs provided the Clerk of the Court with the documents required to serve the Defendants under § 1608(a)(3).*

6.        On June 17, 2008, the Clerk mailed the documents by DHL to the head of the ministry of foreign affairs in Syria. A copy of the Notice of Electronic Filing of the Clerk's certificate of mailing is annexed as Exhibit 2.

7.        Plaintiffs have yet to receive proof of service for any of the Defendants. Furthermore, § 1608(a)(3) mandates that Plaintiffs allow 30 days to pass from the date of mailing before attempting to serve the Defendants through the Secretary of State pursuant to § 1608(a)(4). Since the Plaintiffs' papers were dispatched by the Clerk in mid-June, Plaintiffs request an extension of the Court's July 9, 2008 deadline so that Plaintiffs have enough time to receive proof of service under § 1608(a)(3) or comply with § 1608(a)(4).


## CONCLUSION

The Court ordered that Plaintiffs serve the Defendants through § 1608(a) and file proof of service by July 9, 2008. Plaintiffs attempted to serve the Defendants

---

* On June 12, 2008, as per the Clerk's request, we sent supplemental DHL envelopes, waybills and waybill pouches for use in serving the Defendants.

under § 1608(a)(3) by sending the required documents for service to the Clerk of this Court, who, on June 17, 2008, sent the documents by DHL to the head of the ministry of foreign affairs in Syria. Since Plaintiffs have yet to receive proof of service on behalf of any Defendant and must wait 30 days before attempting service under § 1608(a)(4), Plaintiffs request that this Court issue an order extending the July 9, 2008 deadline so that they have enough time to receive proof of service under § 1608(a)(3) or comply with § 1608(a)(4).

July 7, 2008

KARAAHMETOGLU & LUZ FIRM, LLP
*Attorney for Plaintiffs*
Zachary Baumel, *et al.*


By: _____/s/_____
        Thomas J. Luz, Esq.

1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------  )
ZACHARY BAUMEL, by his next                  )
friend, STUART DITCHEK,                      )
JONAH BAUMEL, MIRIAM                         )       Civil Action No. 06-682 (RMC)
BAUMEL, OSNA BAUMEL and                      )
SHIMON BAUMEL,                               )
                    Plaintiffs,              )
                                             )
          -against-                          )
                                             )
SYRIAN ARAB REPUBLIC,                        )
BASHAR AL-ASSAD, JOHN DOE #                  )
1, AS REPRESENTATIVE OF THE                  )
ESTATE OF HAFEZ AL-ASSAD,                    )
RIFAAT ASSAD, FAROUQ AL-                     )
SHAARA, IMAD MOUSTAPHA,                      )
MOUSTAPHA TLAAS, POPULAR                     )
FRONT FOR THE LIBERATION OF                  )
PALESTINE, ACHMED JIBRIL                     )
                                             )
And                                          )
                                             )
JOHN & JANE DOES 2-99,                       )
                                             )
                    Defendants.              )
-------------------------------------------  )
```

### ORDER

Plaintiffs' motion for an extension of time to file proof of service is hereby

ORDERED GRANTED; and it is

FURTHER ORDERED that Plaintiffs shall serve Defendants Bashar Al-Assad,

John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq

Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. §

1608(a) and shall file proof of service with the Clerk of this Court by _____.

SO ORDERED.

Date:

_____
BY THE COURT

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY BAUMEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-682 (RMC) |
| ) | |
| SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that the request in the alternative in Plaintiffs' Supplemental Memorandum in Further Support of Motion for the Court to Direct Service Pursuant to the Foreign Sovereign Immunities Act [Dkt. ## 8 & 12] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs shall serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) (governing service on a "foreign state or political subdivision of a foreign state"), and shall file proof of service with the Clerk of this Court by July 9, 2008.

**SO ORDERED**.

Date: May 8, 2008

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

# EXHIBIT 2

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Wednesday, June 18, 2008 4:44 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Certificate of Clerk -1608(a)(3) -DHL

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/18/2008 at 4:44 PM and filed on 6/18/2008
**Case Name:**        BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:**    1:06-cv-682
**Filer:**
**Document Number:** 18

**Docket Text:**
**CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, and Notice of Suit together with a translation of each into the official language of the foreign state on 6/17/2008, by DHL, to Bashar Al-Assad, Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Imad Moustapha, and Moustapha Tlaas, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # (1) DHL International Waybills) (tg, )**

**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz tluz@karalaw.com

**1:06-cv-682 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Gumiel\06-682cert.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-0]
[5eea650d521ba253e25254957ab327c6f6f9f839e5b67bda1ced9b33828487c74416
179eee1c430fe3b608fcea98eafda2c19413046e3e5c89d13a4743de536f]]
**Document description:** DHL International Waybills
**Original filename:** O:\Scan Repository\Gumiel\waybills.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-1]
[5d75c01b963f499807bde8ef088af2edf5c1abf043ec2e6fe5b776beaf41e62f9917
b7df50791b438dc2b1da93f7f266329af5e2c9476fd72a02244152f4b0e5]]