

**United States Department of State**

*Washington, D.C. 20520*

July 18, 2008

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

                re:  **Zachary Baumel, et al. v. Syrian Arab Republic, et al., Case No 1:06CV00682**

Dear Ms. Mayer-Whittington:

    I am writing regarding the transmittal of a summons, complaint and notice of suit to the Syrian Arab Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced case.

    The American Embassy in Damascus, Syria transmitted the summons, complaint and notice of suit to the Ministry of Foreign Affairs of the Syrian Arab Republic under cover of diplomatic note No. 399, dated and delivered on July 13, 2008. A certified copy of the Embassy's diplomatic note, and copies of the documents transmitted to the Foreign Ministry are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

    Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                            Sincerely,

                            William P. Fritzlen
                            Attorney Adviser
                Office of Policy Review and Interagency Liaison

**RECEIVED**

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT

Enclosures As Stated

Cc:   Thomas J. Luz
      Pearce & Luz LLP
      1500 Broadway, 21st Floor
      New York, NY 10036

 

*Embassy of the United States of America*

Damascus, Syria
July 13, 2007

SYRIAN ARAB REPUBLIC           )
CITY OF DAMASCUS               ) SS:
EMBASSY OF THE UNITED STATES OF AMERICA)

I, Stephanie A. Bunce, U.S. Consul in Damascus, Syria, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 399 dated July 13, 2008, and delivered to the Ministry of Foreign Affairs of the Syrian Arab Republic on July 13, 2008.

Stephanie A. Bunce
Consul

## ACKNOWLEDGMENT OF RECEIPT
## Embassy Log Book

| Number | Signature of the Recipient at the Syrian Ministry of Foreign Affairs, Damascus, Syria |
|---|---|
| 390 | |
| 393 | |
| 395 | |
| 396 | |
| 397 | |
| 399 | Signature of recipient Issam Al Bahsh, July 13, 2008 |

C-36  } July 9th. 2008
390
393
395
C-37
C-38

C-39  } July 10th. 2008
396
397

399 } July 13, 2008



ORIGINAL SEEN AND RETURNED

STEPHANIE A. BUNCE
CONSUL OF THE UNITED STATES
OF AMERICA