

KARAAHMETOGLU & LUZ FIRM
*A New York Limited Liability Partnership*

TIMES SQUARE PLAZA
1500 BROADWAY
NEW YORK, NEW YORK 10036
WWW.KARALAW.COM

TELEPHONE
(212) 681-8313

FACSIMILE
(212) 208-2917

September 5, 2008

**VIA FEDERAL EXPRESS**

Office of the Clerk
Attn: Ms. Theresa Gumeil
United States District Court
For the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Baumel v. Syrian Arab Republic
Civil Action No. 1:06 CV-00682-RMC

Dear Ms. Gumeil:

In connection with the above-captioned case, we are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4) of the Foreign Sovereign Immunities Act, to effect service via diplomatic channels on Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas and Imad Moustapha ("Defendants").[1]

We previously wrote to you on June 4, 2008 requesting that service be effected through your office pursuant to 28 U.S.C. § 1608(a)(3). In our prior correspondence, we noted that service could not be made under 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2).[2] Therefore, on June 17, 2008, your office dispatched a copy of the summons and complaint and notice of suit, together with a translation of each into Arabic (the official language of the Syrian Arab Republic) to the head of the ministry of foreign affairs in Syria pursuant to § 1608(a)(3). (A copy of the Notice of Electronic Filing of the Clerk's certification of mailing is annexed as Exhibit 1.)

---

[1] Service under § 1608(a) is appropriate in accordance with the Court's May 8, 2008 Order.

[2] *See* Docket No. 16, Ex.1, Correspondence from Plaintiffs at 2, Baumel et al. v. Syrian Arab Republic et al., No. 1:06-00682 (RMC) (June 4, 2008) (noting that no special arrangement exists between Plaintiffs and the government of Syria under § 1608(a)(1), and that service cannot be made under § 1608(a)(2) because Syria is not a member of the Geneva Convention applicable under the circumstances).

Plaintiffs have yet to receive proof of service for any of the Defendants. (Proofs of service unexecuted (unexecuted summonses) for each Defendant are annexed as Exhibit 2.) Because service was not effected within 30 days under § 1608(a)(3), we now request that the Clerk dispatch the alternative means of service provided for under § 1608(a)(4) which states:

> (4) if service cannot be made within 30 days under paragraph (3), [service shall be made upon a foreign state] by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services—and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

Pursuant to § 1608(a)(4), please find enclosed two sets of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act), Summons and Complaint and their respective Arabic translations, as well as a check in the amount of $4,410.00 ($735.00 for each Defendant), the total fee required to serve the six Defendants.

Please take the necessary steps to dispatch these materials to effect service on the Defendants under § 1608(a)(4). In accordance with the U.S. Department of State website (http://travel.state.gov/law/info/judicial/judicial_685.html), please forward the enclosed documents to the Director of Consular Services:

Edward A. Betancourt
Director of Special Consular Services
U.S. Department of State
2100 Pennsylvania Ave.
NW 4th Floor (SA-29)
Washington, DC, 20520

Furthermore, we would request that the documents be sent via Federal Express and have enclosed a large Federal Express Pak and prepaid waybill for your convenience.

KARAAHMETOGLU & LUZ FIRM

Ms. Theresa Gumeil
September 5, 2008
Page 3

Thank you for your assistance in this matter.

Very truly yours,

Thomas J. Luz

Encls.

# EXHIBIT 1

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Wednesday, June 18, 2008 4:44 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Certificate of Clerk -1608(a)(3) -DHL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 6/18/2008 at 4:44 PM and filed on 6/18/2008
**Case Name:** BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:** 1:06-cv-682
**Filer:**
**Document Number:** 18

**Docket Text:**
**CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, and Notice of Suit together with a translation of each into the official language of the foreign state on 6/17/2008, by DHL, to Bashar Al-Assad, Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Imad Moustapha, and Moustapha Tlaas, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # (1) DHL International Waybills) (tg, )**

**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz tluz@karalaw.com

**1:06-cv-682 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Scan Repository\Gumiel\06-682cert.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-0]
[5eea650d521ba253e25254957ab327c6f6f9f839e5b67bda1ced9b33828487c74416
179eee1c430fe3b608fcea98eafda2c19413046e3e5c89d13a4743de536f]]
**Document description:** DHL International Waybills
**Original filename:**O:\Scan Repository\Gumiel\waybills.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-1]
[5d75c01b963f499807bde8ef088af2edf5c1abf043ec2e6fe5b776beaf41e62f9917
b7df50791b438dc2b1da93f7f266329af5e2c9476fd72a02244152f4b0e5]]

# EXHIBIT 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

BASHAR AL-ASSAD
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, NY 10036
(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~30~~ 60 [handwritten] days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

5/15/2008
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

ضد،

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

## استدعاء لقضية مدنية

رقم القضية: 1:06CV00682

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
بشار الأسد
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا [1] | التاريخ |
|---|---|
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

☐ تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ____________________

☐ تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه.
إسم الشخص الذي تم ترك الأوراق والإخطار معه: ____________________

☐ تمت إعادة الإخطار دون تسليمه: ____________________

☐ غير ذلك (اشرح): ____________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
|---|---|---|
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ____________________
التاريخ

____________________
توقيع الشخص الذي سلم الإخطار

____________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

ESTATE OF HAFEZ AL-ASSAD
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, NY 10036
(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~30~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

5/15/2008
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

ضد،

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

## استدعاء لقضية مدنية

رقم القضية: 1:06CV00682

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
تركة حافظ الأسد
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا [1] | التاريخ |
|---|---|
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

☐ تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ______________________

☐ تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه.
إسم الشخص الذي تم ترك الأوراق والإخطار معه: ______________________

☐ تمت إعادة الإخطار دون تسليمه: ______________________

☐ غير ذلك (اشرح): ______________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
|---|---|---|
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ______________
التاريخ

______________________
توقيع الشخص الذي سلم الإخطار

______________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

RIFAAT ASSAD
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, NY 10036
(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

5/15/2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________________ *Signature of Server*

______________________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

ضد،

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

## استدعاء لقضية مدنية

رقم القضية: 1:06CV00682

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
رفعت أسد
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا [1] | التاريخ |
|---|---|
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

☐ تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ____________________

☐ تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه.
إسم الشخص الذي تم ترك الأوراق والإخطار معه: ____________________

☐ تمت إعادة الإخطار دون تسليمه: ____________________

☐ غير ذلك (اشرح): ____________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
|---|---|---|
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ____________________
التاريخ

____________________
توقيع الشخص الذي سلم الإخطار

____________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

FAROUQ AL-SHAARA
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP

1500 Broadway, 21st Floor

New York, NY 10036

(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~30~~ 60 TL days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

5/15/2008

DATE

[signature]

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date

______ *Signature of Server*

______ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

ضد،

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

## استدعاء لقضية مدنية

رقم القضية: 1:06CV00682

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
فاروق الشرع
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا [1] | التاريخ |
|---|---|
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

[ ] تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ______________________

[ ] تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه. إسم الشخص الذي تم ترك الأوراق والإخطار معه: ______________________

[ ] تمت إعادة الإخطار دون تسليمه: ______________________

[ ] غير ذلك (اشرح): ______________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
|---|---|---|
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ______________________
التاريخ

______________________
توقيع الشخص الذي سلم الإخطار

______________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

MOUSTAPHA TLAAS
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, NY 10036
(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 TC. days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

5/15/2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

ضد،

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

## استدعاء لقضية مدنية

رقم القضية: 1:06CV00682

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
مصطفى طلاس
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا [1] | التاريخ |
|---|---|
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

☐ تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ______________________________

☐ تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه.
إسم الشخص الذي تم ترك الأوراق والإخطار معه: ______________________________

☐ تمت إعادة الإخطار دون تسليمه: ______________________________

☐ غير ذلك (اشرح): ______________________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
|---|---|---|
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ______________________
التاريخ

______________________________
توقيع الشخص الذي سلم الإخطار

______________________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

V.

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE #1, as representative of the Estate of HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00682
Judge: Rosemary Collyer
DECK TYPE: General Civil
DATE STAMP:

TO: (Name and address of Defendant)

IMAD MOUSTAPHA
c/o Embassy of Syria
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Luz , Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, NY 10036
(212) 681-8313

an answer to the complaint which is served on you with this summons, within ~~30~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

5/15/2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# محكمة الولايات المتحدة الإقليمية
# لمقاطعة كولومبيا

زاكري باومل، من خلال صديقه، ستيوارت ديتشك، جوناه باومل، ميريام باومل، أوسنا باومل، شيمون باومل،

## استدعاء لقضية مدنية

ضد،

رقم القضية: 1:06CV00682

الجمهورية العربية السورية، بشار الأسد، جون دو رقم 1، كممثل لتركة حافظ الأسد، رفعت الأسد، فاروق الشرع، عماد مصطفى، مصطفى طلاس، الجبهة الشعبية لتحرير فلسطين، أحمد جبريل، ومن معهم.

القاضي: روزماري كولير

نوع القضية: مدنية عامة

تاريخ استلامها:

إلى: (اسم وعنوان المدعى عليه)
عماد مصطفى
بواسطة سفارة سوريا
2215 Wyoming Avenue, N.W.
Washington, D.C. 20008

**أنتم بموجب هذا مستدعون** ويجب عليكم أن ترسلوا إلى محامي المدعي (اسم وعنوان)

Thomas J. Luz, Karaahmetoglu & Luz Firm LLP
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

رداً على هذه الدعوى التي تم إخطاركم بها عن طريق هذا الاستدعاء، خلال 60 يوماً من تاريخ استلامكم هذا الاستدعاء، دون احتساب يوم استلامه. إذا لم تقوموا بالرد، سيصدر حكم غيابي ضدكم بالإعانة المطلوبة في هذه الدعوى. أي رد ترسلونه إلى أطراف الدعوى يجب أن يرسل أيضاً إلى كاتب هذه المحكمة خلال فترة معقولة من تاريخ إرساله.

Nancy M. Mayer-Whittington
كاتب المحكمة

15 مايو 2008
التاريخ

[توقيع]
(عنه) نائب كاتب المحكمة

AG440 (Rev. 8/01) Summons in a Civil Action

## بيان الإخطار

| تم تسليم القضية والإخطار من قبلي أنا (1) | التاريخ |
| --- | --- |
| إسم الشخص الذي سلم الإخطار (بخط واضح) | مسماه الوظيفي |

*علم على مربع واحد أدناه لتحدد طريقة الإخطار الملائمة*

☐ تم تسليم الإخطار شخصياً إلى المدعى عليه. المكان الذي تم فيه التسليم: ______________________

☐ تم ترك نسخ منه في بيت المدعى عليه أو في مكان إقامته المعتاد مع شخص ذو سن ودراية معقولين مقيم فيه.
إسم الشخص الذي تم ترك الأوراق والإخطار معه: ______________________

☐ تمت إعادة الإخطار دون تسليمه: ______________________

☐ غير ذلك (اشرح): ______________________

## بيان مصاريف لإخطار

| التنقل | الخدمات | المجموع |
| --- | --- | --- |
| | | |

## إقرار الشخص الذي سلم الإخطار

أقر تحت طائلة عقوبة الشهادة الزور تبعاً لقوانين الولايات المتحدة الأمريكية بأن المعلومات التي يحتويها نموذج بيان الإخطار وبيان مصاريف الإخطار صادقة وصحيحة.

الإقرار في: ______________________
التاريخ

______________________
توقيع الشخص الذي سلم الإخطار

______________________
عنوان الشخص الذي سلم الإخطار

(1) لمعرفة من يحق له تسليم إخطار أنظر إلى القاعدة رقم 4 من القانون الفدرالي للإجراءات المدنية.