UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,

        Plaintiffs,

-against-

SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE # 1, AS REPRESENTATIVE OF THE ESTATE OF HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL

And

JOHN & JANE DOES 2-99,

        Defendants.

---

Civil Action No. 06-682 (RMC)

## MOTION FOR AN EXTENSION OF TIME TO FILE PROOF OF SERVICE

Thomas J. Luz, a member of the bar of this Court and of the Karaahmetoglu & Luz Firm, LLP, attorneys for Plaintiffs in this action, moves this Court for an order extending the time in which Plaintiffs must file proof of service pursuant to the Court's July 8, 2008 order.

## FACTS

1.  On May 8, 2008, this Court ordered that Plaintiffs serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas and Imad Moustapha ("Defendants") in accordance with 28 U.S.C. § 1608(a) of the Foreign Sovereign Immunities Act ("FSIA") and file proof of service with the Clerk of this Court by July 9, 2008. A copy of the order is annexed as Exhibit 1.

2.  Section 1608(a) provides for service on foreign state defendants in a four step process as follows:

> (1) by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the foreign state or political subdivision; or
>
> (2) if no special arrangement exists, by delivery of a copy of the summons and complaint in accordance with an applicable international convention on service of judicial documents; or
>
> (3) if service cannot be made under paragraphs (1) or (2), by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned, or
>
> (4) if service cannot be made within 30 days under paragraph (3), by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services - and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of

       the court a certified copy of the diplomatic note indicating when the papers were transmitted. As used in this subsection, a "notice of suit" shall mean a notice addressed to a foreign state and in a form prescribed by the Secretary of State by regulation.

3.      Since there is no special arrangement between the Plaintiffs and the government of Syria, § 1608(a)(1) does not apply.

4.      Because the government of Syria is not a party to the Geneva Convention applicable under the circumstances, § 1608(a)(2) also does not apply.

5.      On June 4, 2008, Plaintiffs provided the Clerk of the Court with the documents required to serve the Defendants under § 1608(a)(3).*

6.      On June 17, 2008, the Clerk mailed the documents by DHL to the head of the ministry of foreign affairs in Syria. A copy of the Notice of Electronic Filing of the Clerk's certificate of mailing is annexed as Exhibit 2.

7.      On July 7, 2008, Plaintiffs moved for an extension of the Court's July 9, 2008 deadline to file proof of service.

8.      On July 8, 2008, the Court granted Plaintiffs' motion and ordered that Plaintiffs file proof of service with the Clerk of the Court no later than September 8, 2008. A copy of the Notice of Electronic Filing granting Plaintiffs' motion for an extension is annexed as Exhibit 3.

9.      Plaintiffs did not receive proof of service for any of the Defendants.

10.     Plaintiffs intended to promptly attempt service on the Defendants under § 1608(a)(4) after 30 days had passed from the date that Plaintiffs attempted service under §1608(a)(3). However, Plaintiffs were delayed in sending the documents for service due

---

* On June 12, 2008, as per the Clerk's request, we sent supplemental DHL envelopes, waybills and waybill pouches for use in serving the Defendants.

to unforeseen difficulties in obtaining the $4,410.00 fee required to serve the six Defendants.

11.     On September 5, 2008, Plaintiffs obtained the required $4,410.00 fee and provided the Clerk of the Court with the documents necessary to serve the Defendants under § 1608(a)(4). A copy of the Notice of Electronic filing of Plaintiffs' request to the Clerk to effect service through diplomatic channels is annexed as Exhibit 4.

12.     Plaintiffs request an extension of the Court's September 8, 2008 deadline to file proof of service so that Plaintiffs have enough time to receive proof of service from the Department of State.

## **CONCLUSION**

Plaintiffs are required to file proof of service for each Defendant by September 8, 2008 but have yet to receive proof of service for any of the Defendants. Plaintiffs intended to promptly serve the Defendants under § 1608(a)(4) after 30 days had passed since attempting service under §1608(a)(3). However, Plaintiffs were delayed due to unforeseen difficulties in obtaining the $4,410.00 fee required to serve the Defendants. On September 5, 2008, Plaintiffs obtained the required $4,410.00 fee and provided the Clerk of the court with the documents required to serve the Defendants under § 1608(a)(4). Plaintiffs request an extension of the Court's September 8, 2008 deadline to file proof of service so that Plaintiffs have enough time to receive proof of service from the Department of State.

September 8, 2008

                                            KARAAHMETOGLU & LUZ FIRM, LLP
                                            *Attorney for Plaintiffs*
                                            Zachary Baumel, *et al.*

                                            By: _____/s/_____
                                                  Thomas J. Luz, Esq.

                                            1500 Broadway, 21st Floor
                                            New York, New York 10036
                                            (212) 681-8313

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY BAUMEL, by his next friend, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL, OSNA BAUMEL and SHIMON BAUMEL,<br>　　　　　Plaintiffs,<br><br>-against-<br><br>SYRIAN ARAB REPUBLIC, BASHAR AL-ASSAD, JOHN DOE # 1, AS REPRESENTATIVE OF THE ESTATE OF HAFEZ AL-ASSAD, RIFAAT ASSAD, FAROUQ AL-SHAARA, IMAD MOUSTAPHA, MOUSTAPHA TLAAS, POPULAR FRONT FOR THE LIBERATION OF PALESTINE, ACHMED JIBRIL<br><br>And<br><br>JOHN & JANE DOES 2-99,<br><br>　　　　　Defendants. | Civil Action No. 06-682 (RMC) |

**ORDER**

Plaintiffs' motion for an extension of time to file proof of service is hereby ORDERED GRANTED; and it is

FURTHER ORDERED that Plaintiffs shall serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) and shall file proof of service with the Clerk of this Court by _____.

SO ORDERED.

Date:

_____
BY THE COURT

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY BAUMEL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SYRIAN ARAB REPUBLIC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 06-682 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that the request in the alternative in Plaintiffs' Supplemental Memorandum in Further Support of Motion for the Court to Direct Service Pursuant to the Foreign Sovereign Immunities Act [Dkt. ## 8 & 12] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs shall serve Defendants Bashar Al-Assad, John Doe #1, as Representative of The Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Moustapha Tlaas, and Imad Moustapha in accordance with 28 U.S.C. § 1608(a) (governing service on a "foreign state or political subdivision of a foreign state"), and shall file proof of service with the Clerk of this Court by July 9, 2008.

**SO ORDERED.**

Date: May 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　United States District Judge

# EXHIBIT 2

---

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Wednesday, June 18, 2008 4:44 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Certificate of Clerk -1608(a)(3) -DHL


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/18/2008 at 4:44 PM and filed on 6/18/2008
**Case Name:**        BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:**    1:06-cv-682
**Filer:**
**Document Number:** 18

**Docket Text:**
**CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, and Notice of Suit together with a translation of each into the official language of the foreign state on 6/17/2008, by DHL, to Bashar Al-Assad, Estate of Hafez Al-Assad, Rifaat Assad, Farouq Al-Shaara, Imad Moustapha, and Moustapha Tlaas, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # (1) DHL International Waybills) (tg, )**


**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz tluz@karalaw.com

**1:06-cv-682 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Scan Repository\Gumiel\06-682cert.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-0]
[5eea650d521ba253e25254957ab327c6f6f9f839e5b67bda1ced9b33828487c74416
179eee1c430fe3b608fcea98eafda2c19413046e3e5c89d13a4743de536f]]
**Document description:** DHL International Waybills
**Original filename:**O:\Scan Repository\Gumiel\waybills.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/18/2008] [FileNumber=1828843-1]
[5d75c01b963f499807bde8ef088af2edf5c1abf043ec2e6fe5b776beaf41e62f9917
b7df50791b438dc2b1da93f7f266329af5e2c9476fd72a02244152f4b0e5]]

# EXHIBIT 3

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Tuesday, July 08, 2008 12:20 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Order on Motion for Extension of Time to File


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/8/2008 at 12:20 PM and filed on 7/8/2008
**Case Name:**         BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:**    1:06-cv-682
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ENTRY ORDER granting [19] Plaintiffs' Motion for Extension of Time. Plaintiffs shall file proof of service with the Clerk of this Court no later than September 8, 2008. Signed by Judge Rosemary M. Collyer on 7/8/08. (lcrmc2)**


**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz  tluz@karalaw.com

**1:06-cv-682 Notice will be delivered by other means to::**

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.4.0/1506 - Release Date: 6/17/2008 4:30 PM

# EXHIBIT 4

Case 1:06-cv-00682-RMC    Document 22    Filed 09/08/2008    Page 16 of 18

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, September 05, 2008 3:19 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00682-RMC BAUMEL et al v. SYRIAN ARAB REPUBLIC et al Affidavit for Default

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Luz, Thomas on 9/5/2008 at 3:18 PM and filed on 9/5/2008

**Case Name:**     BAUMEL et al v. SYRIAN ARAB REPUBLIC et al
**Case Number:**   1:06-cv-682
**Filer:**         ZACHARY BAUMEL
                   STUART DITCHEK
                   JONAH BAUMEL
                   MIRIAM BAUMEL
                   OSNA BAUMEL
                   SHIMON BAUMEL
**Document Number:** 21

**Docket Text:**
**AFFIDAVIT REQUESTING FOREIGN MAILING** *Request to Clerk to effect service through diplomatic channels* by OSNA BAUMEL, SHIMON BAUMEL, ZACHARY BAUMEL, STUART DITCHEK, JONAH BAUMEL, MIRIAM BAUMEL. (Luz, Thomas)

**1:06-cv-682 Notice has been electronically mailed to:**

Thomas J. Luz    tluz@karalaw.com

**1:06-cv-682 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/5/2008] [FileNumber=1912156-0]
[a86a3f5ed9e9614c936d127118d699f2b9ebdbee65ebe05aa76b1268354801ee962a5
66494a05f65ba32f8e9f8295a997eb54b45061990d5911696a0425fa863]]