CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ZACHARY BAUMEL, et al.
_____
              Plaintiff(s)

vs.

Civil Action No.: 06-682 (RMC)

SYRIAN ARAB REPUBLIC, et al.
_____
              Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __9th__ day of __September__, 20 __08__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by courier/hand delivery, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
        Deputy Clerk

**FedEx US Airbill**

FedEx Tracking Number: 8635 8294 7367

**1 From**
Date: 9/9/2008
Sender's Name: CLERK
Company: U.S. DISTRICT COURT, DISTRICT OF COLUMBIA
Phone: (202) 354-3120
Address: 333 CONSTITUTION AVENUE, NW
City: WASHINGTON  State: DC  ZIP: 20001

**2 Your Internal Billing Reference:** 06CV682 RMC

**3 To**
Recipient's Name: EDWARD BETANCOURT
Phone: (202) 736-9110
Company: U.S. DEPARTMENT OF STATE
Address: OFFICE OF POLICY REVIEW AND INTERAGENCY LIAISON, OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW, 4TH FLOOR
City: WASHINGTON  State: DC  ZIP: 20520

**4a Express Package Service**
✓ FedEx Priority Overnight

**5 Packaging**
✓ FedEx Envelope

**7 Payment:** Third Party

Total Weight: 232
Total Declared Value: 443 189

520